UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ERCIL K. RAYFORD, #150772, | ) |
| Plaintiff, | ) |
| v. | ) No. 1-14-00122 <br> ) Senior Judge Haynes |
| REBECCA MILLAY AND <br> DAVID BREECE, | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 36) to deny Plaintiff's motion for injunctive relief (Docket Entry No. 22) and to deny Defendants' motion to dismiss (Docket Entry No. 24). Neither party has filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**, and Plaintiff's motion for injunctive relief (Docket Entry No. 22) and Defendants' motion to dismiss (Docket Entry No. 24) are **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 13th day of April, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge