UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ERCIL K. RAYFORD, #150772 ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1-14-00122 |
| v. ) | Senior Judge Haynes |
| ) | |
| REBECCA MILLAY AND ) | |
| DAVID BREECE, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 56) to deny Plaintiff's motions for injunctive relief (Docket Entry Nos. 28 and 50). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**, and Plaintiff's motions for injunctive relief (Docket Entry Nos. 28 and 50) are **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 21st day of May, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge